# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINA JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:14:CV-0399-SGC |
| FMS INVESTMENT CORP. d/b/a FINANCIAL MANAGEMENT SYSTEMS and U.S. DEPARTMENT OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff, Christina Jones, has filed a motion to compel. (Doc. 18). As explained below, the motion is **DENIED WITHOUT PREJUDICE** with leave to re-file, if necessary, after the parties comply with the terms of this order. The parties **SHALL** comply with the following discovery dispute resolution procedure before any party files a motion to compel or like motion to be heard by the undersigned.

First, the party seeking discovery must serve the party from whom discovery is sought with a letter identifying each issue and/or discovery request in dispute, stating that party's position with respect to each such issue and/or request, and

specifying the terms of the discovery order to be sought.[1]  Thereafter, counsel for the parties shall confer in person in a good faith effort to resolve the dispute in whole or part without court intervention.

If the parties are unable to resolve their discovery dispute, they shall prepare a joint stipulation to be filed simultaneously with a motion to compel or like motion.  The stipulation shall specifically identify all issues and/or discovery requests in dispute and, with respect to each such issue and/or request, state the contentions of each party, the legal authority supporting those contentions, and how each party proposed to resolve the dispute at the conference.  For example, if the sufficiency of an answer to an interrogatory is in dispute, the stipulation shall state (1) both the interrogatory and the allegedly insufficient answer, verbatim, (2) each party's contentions as to that particular interrogatory and the legal authority supporting those contentions, separately, and (3) each party's proposal for resolution of the dispute as to the interrogatory at the conference, separately.

The undersigned will not consider any motion in the absence of a joint stipulation or a declaration from counsel for the moving party establishing opposing counsel failed to confer or provide the opposing party's portion of the

---

[1] Plaintiff has already sent correspondence to Defendant regarding the allegedly deficient discovery responses. (Doc. 18-3).  Plaintiff may choose to rely on this earlier correspondence, or may send new correspondence in light of the terms of this order.

joint stipulation.  Failure of counsel to comply with or cooperate in the foregoing process may result in the imposition of sanctions.

**DONE** and **ORDERED** this 19th day of December, 2014.

/s/ Staci G. Cornelius
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE