# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINA JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:14-cv-0399-SGC |
| ) | |
| **FMS INVESTMENT CORP. d/b/a** ) | |
| **FINANCIAL MANAGEMENT** ) | |
| **SYSTEMS, AND** ) | |
| **U.S. DEPARTMENT OF EDUCATION,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Parties, by and through undersigned counsel, and hereby inform this Court that all matters in controversy in the above-titled action have been compromised and settled. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties do hereby stipulate to the dismissal with prejudice of all claims existing between them, with each party to bear its own costs and attorney fees.

Stipulated this 8th day of June, 2015 by:

| *Counsel for Plaintiff*: | *Counsel for FMS Investment Corp. d/b/a Financial Management Systems:* |
|---|---|
| */s/ Wesley L. Phillips* | */s/ Michael D. Alltmont* |
| Wesley L. Phillips | Michael D. Alltmont |
| PHILLIPS LAW GROUP, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| Post Office Box 362001 | Lakeway Two |
| Birmingham, Alabama 35236 | 3850 N. Causeway Blvd., Ste. 200 |
| Tel:   (205) 383-3585 | Metairie, LA 70002-3700 |
| Fax:   (800) 536-0385 | Tel:   (504) 828-3700 |
| Email: wlp@wphillipslaw.com | Fax:   (504) 828-3737 |
| | Email: malltmont@sessions-law.biz |
| David L. Selby, II | |
| John W. Barrett | James K. Schultz |
| BAILEY & GLASSER, LLP | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| 3000 Riverchase Galleria, Ste. 905 | 120 South LaSalle Street, Ste. 1960 |
| Birmingham, AL 35244 | Chicago, IL 60603 |
| Tel:   (205) 988-9253 | Tel:   (312) 578-0990 |
| Fax:   (205) 733-4896 | Fax:   (312) 578-0991 |
| Email: dselby@baileyglasser.com | Email: jschultz@sessions-law.biz |
| | |
| | Laura C. Nettles |
| | LLOYD, GRAY, WHITEHEAD & MONROE, PC |
| | 2501 20th Pl. South, Ste. 300 |
| | Birmingham, AL 35223 |
| | Tel:   (205) 967-8822 |
| | Fax:   (205) 967-2830 |
| | Email: lnettles@lgwmlaw.com |

*Counsel for Dept. of Education*:

*/s/ Richard E. O'Neal*
Richard E. O'Neal
UNITED STATES ATTORNEY'S OFFICE
1801 4th Ave. North
Birmingham, AL 35203-2101
Tel:   (205) 244-2001
Fax:   (205) 244-2175
Email:  Richard.O'Neal@usdoj.gov

2